**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-61526-RAR**

**RICHARD ANTONIO CUAURO YRAUSQUIN**,

       Petitioner,

v.

**WARDEN, BROWARD TRANSITIONAL
CENTER**, *et al*.,

       Respondent.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on *pro se* Petitioner Richard Antonio Cuauro Yrausquin's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, [ECF No. 1], filed on May 22, 2026.  Since Petitioner has paid the filing fee, *see* [ECF No. 3], it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  Respondent shall file a memorandum of fact and law ("Response") to show cause why the Petition should not be granted on or before **June 5, 2026**, and shall file all documents and transcripts necessary for resolution of the Petition.[1]  If Respondent fails to show good cause, the Court may grant Petitioner's requested relief, provided there exists support thereof in the record.

2.  Petitioner may, but is not required to, file a reply within **seven (7) days** after Respondent files their Response to the Petition.  Any such reply shall not exceed **ten (10) pages**.  *See* S.D. Fla. L.R. 7.1(c).  No other pleadings will be allowed.

---

[1]  The Government shall review this Court's prior opinions in the immigration context in preparing its Response and address them to the extent they are applicable.  *See Grigorian v. Bondi*, No. 25-22914, 2025 WL 1895479 (S.D. Fla. July 8, 2025); *Mafundu v. Mayorkas*, 699 F. Supp. 3d 1310 (S.D. Fla. 2023); *Echeverri v. U.S. Citizenship & Immigr. Servs.,* No. 23-21711, 2023 WL 5350810 (S.D. Fla. Aug. 21, 2023).

3.  This case shall be **CLOSED for administrative purposes only** pending briefing of the Petition.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of May, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:     Richard Antonio Cuauro Yrausquin
        A# 244715575
        Broward Transitional Center
        Inmate Mail/Parcels
        3900 North Powerline Road
        Pompano Beach, FL 33073
        PRO SE